AO 442  (Rev. 01/09)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:16mj72 |
| DAVID ALLEN HOFFMAN | ) | |
| 409 North 3rd Street (Apt. 1) | ) | |
| Halifax, Pennsylvania 17032 | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     David Allen Hoffman                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  receipt of materials involving the sexual exploitation of minors

Date:  8/19/16                                          _____
                                                                      *Issuing officer's signature*

City and state:  Harrisburg, PA                Susan E. Schwab, U.S. Magistrate Judge
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/19/2016 , and the person was arrested on *(date)* 8/19/2016 at *(city and state)* Halifax, PA . |
| Date: 8/19/2016                          _____  *Arresting officer's signature*  Michael J. Corricelli  #5423  *Printed name and title*  US Postal Inspector |

